Vincent Sik-Hung CHAN, Pauline Poon-Kar Chan, Petitioners,

v.

IMMIGRATION & NATURALIZATION SERVICE, Respondent.

No. 78–2375.

United States Court of Appeals, Ninth Circuit.

Sept. 5, 1980.

* Honorable Lawrence T. Lydick, United States District Judge for the District of Central California, sitting by designation.

Before GOODWIN and TANG, Circuit Judges, and LYDICK,* District Judge.

Petitioners having indicated this cause is now moot, it is ordered that the opinion, 9th Cir., 610 F.2d 651, is hereby withdrawn and the petition is dismissed for mootness.